CEM/JRK: USAO# 2025R00384
PAR7.31.25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. ABA-25-0230 |
|---|---|
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253) |
| DESTINY FAITH GIULIANO-AHALT, | |
| Defendant. | |

## INDICTMENT

### COUNTS ONE THROUGH SIX
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1. Defendant **DESTINY FAITH GIULIANO-AHALT** ("GIULIANO-AHALT") was born in 1998, and resided in Chesapeake Beach, Maryland.

2. Minor Victim 1 was born in 2024.

3. Minor Victim 2 was born in 2022.

4. Minor Victim 3 was born in 2021.

### The Charges

4. On or before the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce the prepubescent minor victims listed below to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such

1

conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, said visual depictions were produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | November 13, 2023 | A video file, titled IMG_3123, depicting **GIULIANO-AHALT** using her hand to expose Minor Victim 3's anus and rubbing it, and exposing and rubbing Minor Victim 3's genitals, stored on an Apple iPhone 14, S/N C1FWJDQYFJ, manufactured outside of the United States. |
| 2 | February 24, 2024 | A series of image files, partially titled "…8797-y, …8798-y, …8799-y, and …8802-y," depicting Minor Victim 3's exposed genitals, stored on an Apple iPhone 14, S/N C1FWJDQYFJ, manufactured outside of the United States. |
| 3 | April 15, 2025 | An image file, titled "IMG_0929", depicting Minor Victim 1's exposed genitals, stored on an Apple iPhone 16, S/N JNR3HXFWNV, manufactured outside of the United States. |
| 4 | April 29, 2025 | A video file, titled "VID_20250408_192524_236," depicting Minor Victim 1's exposed genitals and **GIULIANO-AHALT**, manipulating Minor Victim 1's genitals using her hand, created using an Apple iPhone 16, S/N JNR3HXFWNV, manufactured outside of the United States. |
| 5 | April 15, 2025 | An image file, titled "IMG_0930," depicting Minor Victim 2's exposed genitals and anus, stored on an Apple iPhone 16, S/N JNR3HXFWNV, manufactured outside of the United States. |

| 6 | April 29, 2025 | A video file titled "VID_20250318_033804_405," depicting **GIULIANO-AHALT** using her hand to expose Minor Victim 2's genitals and anus, created using an Apple iPhone 16, S/N JNR3HXFWNV, manufactured outside of the United States. |

18 U.S.C. §§ 2251(a)

## COUNT SEVEN
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that

On or about November 17, 2023, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a prepubescent minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depiction being of such conduct, that is **GIULIANO-AHALT** used her internet-based Telegram account to distribute a video file titled "IMG_3123," depicting Minor Victim 3's exposed genitals and anus.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT EIGHT
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that

On or about February 24, 2024, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a prepubescent minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depiction being of such conduct, that is **GIULIANO-AHALT** used her internet-based Telegram account to distribute a series of video files partially titled "…8797-y," "…8798-y," "…8799-y," and "8802-y," depicting Minor Victim 3's exposed genitals.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT NINE
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that

On or before April 29, 2025, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a prepubescent minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depiction being of such conduct, that is **GIULIANO-AHALT** used her internet-based Telegram account to distribute a series of image and video files titled "IMG_0929," and "VID_20250408_192524_236," depicting Minor Victim 1's exposed genitals.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT TEN
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that

On or before April 29, 2025, in the District of Maryland, the defendant,

### DESTINY FAITH GIULIANO-AHALT,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depiction being of such conduct, that is **GIULIANO-AHALT** used her Telegram internet-based account to distribute a series of image and video files titled "IMG_0930," and "VID_20250318_033804_405," depicting Minor Victim 2's exposed genitals and anus.

18 U.S.C. §§ 2252(a)(2) and 2256

## COUNT ELEVEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about April 30, 2025, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is: an Apple iPhone 16 cell phone, S/N JNR3HXFWNV, manufactured outside of the United States, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT TWELVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about April 30, 2025, in the District of Maryland, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is: an Apple iPhone 14 cell phone, S/N C1FWJDQYFJ, manufactured outside of the United States, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Twelve of this Indictment.

### Sexual Exploitation of Children Forfeiture and Possession of Child Pornography

2.  Upon conviction of any of the offenses set forth in Counts One through Twelve of this Indictment, the defendant,

**DESTINY FAITH GIULIANO-AHALT,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a.  any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

   c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

### Property Subject to Forfeiture

3.  The property to be forfeited includes, but is not limited to, the following items seized from the defendant on or about April 29, 2025:

   a.  an Apple iPhone 16, S/N JNR3HXFWNV; and

   b.  an Apple iPhone 14, S/N C1FWJDQYFJ.

**Substitute Assets**

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____8/6/25_____
Date